UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 1 2017

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. **M-17-1757** |
| GARZA § | |
| MARIA DE JESUS ~~FRIAS CASTRO~~ § | |
| CRYSTAL RODRIGUEZ (11/29/2017-oc) § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 24, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

(11/29/2017-oc)
**MARIA DE JESUS ~~FRIAS CASTRO~~ GARZA**
**and**
**CRYSTAL RODRIGUEZ**

knowingly made, and aided and abetted the making of, a false statement and representation with respect to information required to be kept in the records of Danny's Pawn and Sporting Goods, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of One Barrett, Model 82A1, .50 caliber rifle, in that the defendant, MARIA DE JESUS ~~FRIAS CASTRO,~~ GARZA (11/29/2017-oc) falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that MARIA DE JESUS ~~FRIAS CASTRO~~ GARZA (11/29/2017-oc) was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that defendant, MARIA FRIAS ~~DE JESUS CASTRO~~ GARZA (11/29/2017-oc), was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

A TRUE BILL

███████████

FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

*[signature]*

ASSISTANT UNITED STATES ATTORNEY